# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00522-CR

**Charles R. Branch, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 84-409-K, HONORABLE WILLIAM S. LOTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Charles R. Branch seeks to appeal a judgment of conviction for delivery of methamphetamine. Sentence was imposed on May 2, 2006, after which appellant's counsel filed a timely motion for new trial. On August 23, 2006, Branch filed in the district court a pro se motion to dismiss his attorney and for appointment of new counsel on appeal.

There was no notice of appeal. Even if Branch's pro se motion regarding counsel is treated as a notice of appeal, it was untimely. *See* Tex. R. App. P. 26.2(a)(2). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 12, 2006

Do Not Publish

2